**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Robert**<br>First name<br><br>_____<br>Middle name<br><br>**DeFranco**<br>Last name and Suffix (Sr., Jr., II, III) | **Kristen**<br>First name<br><br>_____<br>Middle name<br><br>**DeFranco**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0142 | xxx-xx-5257 |

Debtor 1   **Robert DeFranco**
Debtor 2   **Kristen DeFranco**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** Your Employer Identification Number (EIN), if any. | _____ <br> EIN | _____ <br> EIN |

**5. Where you live**

| About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|
| **175 Robin Road** <br> **Glastonbury, CT 06033** <br> Number, Street, City, State & ZIP Code | _____ <br> Number, Street, City, State & ZIP Code |
| **Hartford** <br> County | _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Robert DeFranco** | | |
|---|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Robert DeFranco** | | |
|---|---|---|---|
| Debtor 2 | **Kristen DeFranco** | | Case number *(if known)* |

---

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

| **16.** | **What kind of debts do you have?** | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Robert DeFranco** | **/s/ Kristen DeFranco** |
|---|---|
| **Robert DeFranco** | **Kristen DeFranco** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **April 9, 2025** | Executed on **April 9, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Robert DeFranco** | | |
|---|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* | |

---

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

| **/s/ Matthew K. Beatman** | Date | **April  9, 2025** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Matthew K. Beatman ct08923**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

| Contact phone | **203-368-5475** | Email address | **mbeatman@zeislaw.com** |
|---|---|---|---|

**ct08923 CT**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................................... | $          525,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................... | $          88,550.78 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................................................... | $          613,550.78 |

**Part 2:    Summarize Your Liabilities**

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          492,862.06 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          40,817.83 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          8,203,395.32 |
| | **Your total liabilities** | $          8,737,075.21 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $          9,178.38 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $          9,651.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Robert DeFranco**
Debtor 2   **Kristen DeFranco**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**175 Robin Road**
Street address, if available, or other description

**Glastonbury      CT      06033**
City           State      ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$525,000.00** | **$525,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as of 4/4/25. Second Mortgage to Electronic Registration Systems, as nominee for Quicken Loans Inc. in the original principal amount of $347,175.00 dated June 22, 2012 with current balance of $337,658.51 as of 4/4/25. Third Mortgage to Discover Bank in the original principal amount of $55,000.00 dated December 13, 2022 with current balance of $53,077.20 as of 4/4/25. Current value of residence is $525,000 based on an Appraisal as of 12/18/2024. Liens total approximately $451,998.81. After deducting total liens of approximately $451,998.81, homestead exemption of $46,632.00, and estimated cost of sale $42,000 (8% of the property value of $525,000) there is no equity remaining in the residence.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**     **$525,000.00**

4/09/25 3:03PM

| Debtor 1 | **Robert DeFranco** |
|----------|---------------------|
| Debtor 2 | **Kristen DeFranco** |

Case number *(if known)* _____

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1  Make:  **Ford**

Model:  **F-150**

Year:  **2019**

Approximate mileage:  **89000**

Other information:

> **Lien from UBI Financial with current value of $6,370. Vehicle has been in multiple accidents and air bags previously deployed.  It is hard to sell because of prior accident history.  The Debtor contacted a dealership to buy it, but the dealership declined it due to prior accident history. Therefore, value of $11,435 for a vehicle in this condition without these issues is discounted by 25% for a diminished value, with an estimated value of $8,576.25.**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$8,576.25     $8,576.25

3.2  Make:  **Lexus**

Model:  **ES 350**

Year:  **2014**

Approximate mileage:  **80450**

Other information:

> **Lien from UBI Financial with current value of $17,349.00.**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$13,906.00     $13,906.00

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.3 | Make: **Lexus** | |
| | Model: **ES 350** | |
| | Year: **2017** | |
| | Approximate mileage: **110000** | |
| | Other information: | |

**Lien from UBI Financial with current value of $3,007.00. Vehicle has significant body damage and wear, including rust, bumper, brakes and needs approximately $3000 -$4000 worth of repairs. Therefore, value of $14,824 for a vehicle in this condition without these issues is discounted by $3,500 for an estimated value of $11,324. Debtor's valuation through the Carvana Value Tracker was $9,200 as of 4/2/25.**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$11,324.00        $11,324.00

| | | |
|---|---|---|
| 3.4 | Make: **Toyota** | |
| | Model: **Highlander** | |
| | Year: **2015** | |
| | Approximate mileage: **97500** | |
| | Other information: | |

**Vehicle has significant body damage and wear, including front fender coming off and held on by wires, rear damage and quarter panel damage and needs maintenance. Needs $3000 worth of repairs. Therefore, value of $12,821 for a vehicle in this condition without these issues is discounted by $3,000 for an estimated value of $9,821.**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$9,821.00        $9,821.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☒ Yes

| | | |
|---|---|---|
| 4.1 | Make: **KTM** | |
| | Model: **250** | |
| | Year: **2023** | |
| | Other information: | |

**Lien from Freedom Road Financial with current value of $2,909.24**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$5,380.00        $5,380.00

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**

Case number *(if known)*

4.2    Make:    **Husqvarna**

Model:    **125**

Year:    **2021**

Other information:

**Lien from Freedom Road Financial with current value of $2,835.81. Price per JD Power is $4,675. However, Debtor recently tried to sell it for $3,500 and did not receive an offer. Debtor therefore believes its value is approximately $3,000.**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?

**$3,000.00**

Current value of the portion you own?

**$3,000.00**

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

**$52,007.25**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

**Household goods, kitchenware, furniture, beds. Based on estimated value, no jointly owned item worth more than $1,600.**

**$23,000.00**

7.    **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

**Electronics, tvs, guitar, computer**

**$900.00**

8.    **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

9.    **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes.  Describe.....

**sporting goods, fishing poles, sports equipment, bikes, minibike**

**$1,000.00**

10.    **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....

| Clothing | $3,500.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....

| wedding ring, 4 necklaces, 4 gold rings, 6 bracelets, smartwatch | $2,900.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe.....

| Dog | $1.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................

| $31,301.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.......................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes....................... Institution name:

| 17.1. | **Checking** | **Bank of America Joint Checking -9453. Balance as of April 9, 2025.** | $540.46 |
|---|---|---|---|
| 17.2. | **Savings** | **Bank of America Joint Savings -9466. Balance as of April 9, 2025.** | $102.51 |

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**                                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 17.3. | **Checking** | **Bank of America Joint Checking -0675. Balance as of April 9, 2025. Additional Information: Joint account with son, Minor Child, originally supposed to be held as a Custodial account as all funds are for son, but was inadvertently opened as joint account.** | **$90.53** |
| 17.4. | **Savings** | **Bank of America Joint Savings -0853. Balance as of April 9, 2025. Additional Information: Joint account with son, Minor Child, originally supposed to be held as a Custodial account as all funds are for son, but was inadvertently opened as joint account.** | **$408.28** |
| 17.5. | **Brokerage** | **Robinhood Stock Account. Account mistakenly opened in name of Robert DeFranco, should have been opened as custodial account for Enzo DeFranco.** | **$828.13** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Sequin, Inc. Assets approximately $121,971.05 and Liabilities $7,281,284.65 based upon balance sheet as of March 27, 2025. Company no longer operating.** | **100** | % | **$1.00** |
| **Good Morning Wombat, LLC. Never operational, no assets or liabilities.** | **100** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.
          Type of account:          Institution name:

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**

Case number *(if known)* _____

| 403(b) | **Retirement: Invesco account -4705, Kristen DeFranco. Value as of $3,268.62 as of April 9, 2025. Debtor's interest in 403(b) is not property of the estate but is listed for disclosure purposes only.  See 11 USC Section 541(c)(2).  Assuming arguendo 403(b) is not property of the estate, 403(b) has been exempted under 11 USC Section 522(d)(12).** | $3,268.62 |
|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ..................... Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
■ Yes.  Give specific information about them...

| Dragonrvr.com and killcross.com | $1.00 |
|---|---|

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* |

☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Life Insurance - Term** | **Minor Child, Enzo DeFranco, Lola DeFranco, Fiona DeFranco** | **$1.00** |
| **Life Insurance - Term** | **Minor Child, Enzo DeFranco, Lola DeFranco, Fiona DeFranco** | **$1.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................................

**$5,242.53**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1  **Robert DeFranco**

Debtor 2  **Kristen DeFranco**

Case number *(if known)* _____

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No

   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

| | $0.00 |
|---|---|

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................... **$525,000.00**

56. **Part 2: Total vehicles, line 5**                                          **$52,007.25**

57. **Part 3: Total personal and household items, line 15**                **$31,301.00**

58. **Part 4: Total financial assets, line 36**                              **$5,242.53**

59. **Part 5: Total business-related property, line 45**                    **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**           **$0.00**

61. **Part 7: Total other property not listed, line 54**              +     **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$88,550.78**     Copy personal property total    **$88,550.78**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $613,550.78 |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name                          Middle Name                          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                          Middle Name                          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **175 Robin Road Glastonbury, CT 06033**<br>**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as of 4/4/25. Second**<br>Line from *Schedule A/B*: **1.1** | **$525,000.00** | ■           $15,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **2019 Ford F-150 89000 miles**<br>**Lien from UBI Financial with current value of $6,370. Vehicle has been in multiple accidents and air bags previously deployed.  It is hard to sell because of prior accident history. The Debtor contacted a dealership to buy it,**<br>Line from *Schedule A/B*: **3.1** | $8,576.25 | ■           $1,438.69<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1 **Robert DeFranco**
Debtor 2 **Kristen DeFranco**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2017 Lexus ES 350 110000 miles Lien from UBI Financial with current value of $3,007.00. Vehicle has significant body and wear, including rust, bumper, brakes and needs approximately $3000 -$4000 worth of repairs. Therefore, value of $14,824 for a v**<br>Line from *Schedule A/B*: **3.3** | $11,324.00 | ■ $7,540.94<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2015 Toyota Highlander 97500 miles Vehicle has significant body damage and wear, including front fender coming off and held on by wires, rear damage and quarter panel damage and needs maintenance.  Needs $3000 worth of repairs.  Therefore, value of $12,82**<br>Line from *Schedule A/B*: **3.4** | $9,821.00 | ■ $5,025.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2015 Toyota Highlander 97500 miles Vehicle has significant body damage and wear, including front fender coming off and held on by wires, rear damage and quarter panel damage and needs maintenance.  Needs $3000 worth of repairs.  Therefore, value of $12,82**<br>Line from *Schedule A/B*: **3.4** | $9,821.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2023 KTM 250 Lien from Freedom Road Financial with current value of $2,909.24**<br>Line from *Schedule A/B*: **4.1** | $5,380.00 | ■ $1,670.76<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Household goods, kitchenware, furniture, beds. Based on estimated value, no jointly owned item worth more than $1,600.**<br>Line from *Schedule A/B*: **6.1** | $23,000.00 | ■ $11,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics, tvs, guitar, computer**<br>Line from *Schedule A/B*: **7.1** | $900.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **sporting goods, fishing poles, sports equipment, bikes, minibike**<br>Line from *Schedule A/B*: **9.1** | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $3,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Robert DeFranco** | | | |
| Debtor 2 | **Kristen DeFranco** | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **wedding ring, 4 necklaces, 4 gold rings, 6 bracelets, smartwatch**<br>Line from *Schedule A/B*: **12.1** | $2,900.00 | ■ | $300.00 | 11 U.S.C. § 522(d)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Bank of America Joint Checking -9453. Balance as of April 9, 2025.**<br>Line from *Schedule A/B*: **17.1** | $540.46 | ■ | $270.23 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Bank of America Joint Savings -9466. Balance as of April 9, 2025.**<br>Line from *Schedule A/B*: **17.2** | $102.51 | ■ | $51.25 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Brokerage: Robinhood Stock Account. Account mistakenly opened in name of Robert DeFranco, should have been opened as custodial account for Enzo DeFranco.**<br>Line from *Schedule A/B*: **17.5** | $828.13 | ☐ | | 11 U.S.C. § 522(d)(5) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Life Insurance - Term Beneficiary: Minor Child, Enzo DeFranco, Lola DeFranco, Fiona DeFranco**<br>Line from *Schedule A/B*: **31.1** | $1.00 | ☐ | | 11 U.S.C. § 522(d)(7) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number (if known) |

**Fill in this information to identify your case:**

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen DeFranco** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                   4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**<br>**175 Robin Road Glastonbury, CT 06033**<br>**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as of 4/4/25. Second**<br>Line from *Schedule A/B*: **1.1** | **$525,000.00** | ■ $30,754.70<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Household goods, kitchenware, furniture, beds. Based on estimated value, no jointly owned item worth more than $1,600.**<br>Line from *Schedule A/B*: **6.1** | **$23,000.00** | ■ $11,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics, tvs, guitar, computer**<br>Line from *Schedule A/B*: **7.1** | **$900.00** | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Robert DeFranco** | |
| Debtor 2 | **Kristen DeFranco** | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **sporting goods, fishing poles, sports equipment, bikes, minibike**<br>Line from *Schedule A/B*: **9.1** | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $3,500.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **wedding ring, 4 necklaces, 4 gold rings, 6 bracelets, smartwatch**<br>Line from *Schedule A/B*: **12.1** | $2,900.00 | ■ $2,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Checking: Bank of America Joint Checking -9453. Balance as of April 9, 2025.**<br>Line from *Schedule A/B*: **17.1** | $540.46 | ■ $270.23<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings: Bank of America Joint Savings -9466. Balance as of April 9, 2025.**<br>Line from *Schedule A/B*: **17.2** | $102.51 | ■ $51.26<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Bank of America Joint Checking -0675. Balance as of April 9, 2025. Additional Information: Joint account with son, Minor Child, originally supposed to be held as a Custodial account as all funds are for son, but was inadvertently opened as joint**<br>Line from *Schedule A/B*: **17.3** | $90.53 | ■ $90.53<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings: Bank of America Joint Savings -0853. Balance as of April 9, 2025. Additional Information: Joint account with son, Minor Child, originally supposed to be held as a Custodial account as all funds are for son, but was inadvertently opened as joint ac**<br>Line from *Schedule A/B*: **17.4** | $408.28 | ■ $408.28<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **403(b): Retirement: Invesco account -4705, Kristen DeFranco. Value as of $3,268.62 as of April 9, 2025. Debtor's interest in 403(b) is not property of the estate but is listed for disclosure purposes only.  See 11 USC Section 541(c)(2).  Assuming arguendo**<br>Line from *Schedule A/B*: **21.1** | $3,268.62 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Life Insurance - Term Beneficiary: Minor Child, Enzo DeFranco, Lola DeFranco, Fiona DeFranco** <br> Line from *Schedule A/B*: **31.2** | $1.00 | ☐ _____ <br><br> ☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the value of collateral. | that supports this claim | portion If any |

| 2.1 | **Discover Home Loans** | | $53,077.20 | $525,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**175 Robin Road Glastonbury, CT 06033**
**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o**

**Attn: Pres., GP., or Mng. Mbr.**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047-8945**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **Third Mortgage**

Date debt was incurred   **12/13/2022**          Last 4 digits of account number   **7494**

Debtor 1  **Robert DeFranco**
      First Name        Middle Name        Last Name

Debtor 2  **Kristen DeFranco**
      First Name        Middle Name        Last Name

Case number (if known) _____

---

| **2.2** | **Freedom Road Financial** | Describe the property that secures the claim: | $2,909.24 | $5,380.00 | $0.00 |

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 4597**
**Oak Brook, IL 60522-4597**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Date debt was incurred  02/28/2023**

**Describe the property that secures the claim:**

> **2023 KTM 250**
> **Lien from Freedom Road Financial**
> **with current value of $2,909.24**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number  5288**

---

| **2.3** | **Freedom Road Financial** | Describe the property that secures the claim: | $2,515.00 | $3,000.00 | $0.00 |

Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 4597**
**Oak Brook, IL 60522-4597**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Date debt was incurred  03/11/2023**

**Describe the property that secures the claim:**

> **2021 Husqvarna 125**
> **Lien from Freedom Road Financial**
> **with current value of $2,835.81.**
> **Price per JD Power is $4,675.**
> **However, Debtor recently tried to**
> **sell it for $3,500 and did not receive**
> **an offer. Debtor therefore believes**
> **its value is ap**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number  6331**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      

Debtor 1    **Robert DeFranco**
    First Name           Middle Name           Last Name

Debtor 2    **Kristen DeFranco**
    First Name           Middle Name           Last Name

Case number (if known) _____

---

**2.4  Select Portfolio Servicing, in.c**
Creditor's Name

**Describe the property that secures the claim:**    $337,658.51    $525,000.00    $0.00

**175 Robin Road Glastonbury, CT 06033**
**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o**

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 65277**
**Salt Lake City, UT 84165-0277**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred    **06/22/2012**    Last 4 digits of account number    **6677**

---

**2.5  Shellpoint Mortgage**
Creditor's Name

**Describe the property that secures the claim:**    $59,954.81    $525,000.00    $0.00

**175 Robin Road Glastonbury, CT 06033**
**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o**

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 619063**
**Dallas, TX 75261-9063**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred    **10/29/2005**    Last 4 digits of account number    **7525**

---

Debtor 1   **Robert DeFranco**

First Name          Middle Name          Last Name          Case number (if known) _____

Debtor 2   **Kristen DeFranco**

First Name          Middle Name          Last Name

| 2.6 | **Town of Glastonbury** | Describe the property that secures the claim: | $10,019.64 | $525,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**175 Robin Road Glastonbury, CT 06033**
**First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o**

**Attn: Town Clerk**
**2155 Main Street**
**Glastonbury, CT 06033**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real Property Taxes**

Date debt was incurred _____       Last 4 digits of account number _____

| 2.7 | **UBI Financial** | Describe the property that secures the claim: | $6,370.79 | $8,576.25 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2019 Ford F-150 89000 miles Lien from UBI Financial with current value of $6,370. Vehicle has been in multiple accidents and air bags previously deployed.  It is hard to sell because of prior accident history.  The Debtor contacted a deale**

**Attn: Pres., GP., or Mng. Mbr.**
**120 Woodford Avenue**
**Plainville, CT 06062**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **09/28/2020**       Last 4 digits of account number   **0004**

| Debtor 1 | **Robert DeFranco** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Kristen DeFranco** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.8 | **UBI Financial** | **Describe the property that secures the claim:** | **$17,349.19** | **$13,906.00** | **$3,443.19** |
|---|---|---|---|---|---|

Creditor's Name

**2014 Lexus ES 350 80450 miles Lien from UBI Financial with current value of $17,349.00.**

**Attn: Pres., GP., or Mng. Mbr.**
**120 Woodford Avenue**
**Plainville, CT 06062**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **06/10/2024**   Last 4 digits of account number   **0007**

---

| 2.9 | **UBI Financial** | **Describe the property that secures the claim:** | **$3,007.68** | **$11,324.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2017 Lexus ES 350 110000 miles Lien from UBI Financial with current value of $3,007.00. Vehicle has significant body damage and wear, including rust, bumper, brakes and needs approximately $3000 -$4000 worth of repairs. Therefore, value of**

**Attn: Pres., GP., or Mng. Mbr.**
**120 Woodford Avenue**
**Plainville, CT 06062**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **07/7/2020**   Last 4 digits of account number   **0003**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$492,862.06** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$492,862.06** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

4/9/25  3:03PM

| Debtor 1 | **Robert DeFranco** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Kristen DeFranco** | | | | |
| | First Name | Middle Name | Last Name | | |

[ ]

Name, Number, Street, City, State & Zip Code

**Rossi Law Offices**
**Attn: Pres., GP., or Mng. Mbr.**
**28 Thurber Blvd**
**Suite 1**
**Smithfield, RI 02917**

On which line in Part 1 did you enter the creditor?   **2.6**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Department of Revenue Services** | $1,081.00 | $0.00 | $1,081.00 |

Last 4 digits of account number _____

**Department of Revenue Services**
Priority Creditor's Name
**State of Connecticut**
**Attn: Pres, Gen Mgr, Mng Mbr**
**450 Columbus Blvd, Ste 1**
**Hartford, CT 06103**
Number Street City State Zip Code

When was the debt incurred?    03/15/2024

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1  **Robert DeFranco**

Debtor 2  **Kristen DeFranco**

Case number (if known) _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | $39,736.83 | $0.00 | $39,736.83 |

Priority Creditor's Name

**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    03/15/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**back taxes, 2023 ($32,918.97), 2022 ($6,754.86)**

---

**Part 2:  List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | **Amazon Web Services** | Last 4 digits of account number ___ ___ ___ ___ | $5,200.00 |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.
410 Terry Avenue North
Seattle, WA 98109-5210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business**

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.2 | **American Express** | Last 4 digits of account number | **1001** | $1,461.73 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 1270**
**Newark, NJ 07101-1270**
Number Street City State Zip Code

**When was the debt incurred?**  **Date Opened: 03/3/2023 Last Used: 02/17/2025**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Anand Balasubramanian** | Last 4 digits of account number | | $68,509.59 |

Nonpriority Creditor's Name
**43 Cedar Crest Lane**
**Suffield, CT 06078**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business** _____

---

| 4.4 | **BestBuy** | Last 4 digits of account number | **7874** | $4,655.00 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 70601**
**Philadelphia, PA 19176-0601**
Number Street City State Zip Code

**When was the debt incurred?**  **Date Opened: 08/13/2016 Last Used: 02/13/2025**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.5 | **Capital One** | Last 4 digits of account number | **7580** | **$11,796.00** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**Po Box 71087**
**Charlotte, NC 28272-1087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Date Opened: 03/13/2000 Last Used: 02/17/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **Capital One** | Last 4 digits of account number | **6580** | **$9,442.00** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**Po Box 71087**
**Charlotte, NC 28272-1087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Date Opened: 09/9/2003 Last Used: 02/17/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 | **Casco Bay Partners, LLC** | Last 4 digits of account number | | **$28,501.92** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**90 Krieger Lane**
**Glastonbury, CT 06033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.8 | **Citibank** | Last 4 digits of account number **3394** | **$40,820.41** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**Po Box 6500**
**Sioux Falls, SD 57117**

When was the debt incurred?   **Date Opened: 04/11/2010 Last Used: 11/29/2024**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **CNG** | Last 4 digits of account number **5669** | **$500.00** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 847820**
**Boston, MA 02284-7820**

When was the debt incurred?   **01/1/2025**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.10 | **Connecticut Innovations, Inc.** | Last 4 digits of account number | **$216,624.66** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**470 James Street**
**New Haven, CT 06513**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business**

---

Debtor 1  **Robert DeFranco**

Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.1 1 | **Cox Communications** | Last 4 digits of account number _____ | **$2,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**6205-B Peachtree Dunwoody Road**
**16th Floor**
**Atlanta, GA 30328**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business**

---

| 4.1 2 | **Discover** | Last 4 digits of account number  **4162** | **$18,619.76** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 70176**
**Philadelphia, PA 19176-0176**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **Date Opened: 08/10/2000 Last Used: 10/24/2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.1 3 | **Discover Personal Loans** | Last 4 digits of account number  **1978** | **$32,995.15** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 71244**
**Charlotte, NC 28272-1244**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?   **05/22/2024**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number *(if known)* _____

---

| 4.1 4 | | | |
|---|---|---|---|

**Edoverse Foundation**
Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**2nd Floor, Yusen Building**
**2-3-2 Marunouchi**
**Chiyoda-ku, Tokyo, JP 10000-0500**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **175S**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

$639,890.41

---

| 4.1 5 | | | |
|---|---|---|---|

**Equity Trust Company Custodian**
Nonpriority Creditor's Name

**FBO Julie A. Gionfriddo**
**Attn: Julie A. Gionfriddo, Cust.**
**100 High Street**
**South Glastonbury, CT 06073**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

$66,134.25

---

| 4.1 6 | | | |
|---|---|---|---|

**Eversource**
Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**56 Prospect Street**
**Hartford, CT 06103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

$1,200.00

---

Debtor 1   **Robert DeFranco**
Debtor 2   **Kristen DeFranco**

Case number (if known) _____

---

| 4.17 | | |
|---|---|---|

**Expensify**                                           Last 4 digits of account number _____       **$600.00**
Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**          When was the debt incurred? _____
**401 SW 5th Ave**
**Portland, OR 97204**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Business** _____

---

| 4.18 | | |
|---|---|---|

**Experian**                                            Last 4 digits of account number **1807**      **$16,010.00**
Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**          When was the debt incurred? _____
**475 Anton Blvd**
**Costa Mesa, CA 92626**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Business** _____

---

| 4.19 | | |
|---|---|---|

**Forward Financing, LLC**                    Last 4 digits of account number _____     **$100,746.00**
Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**          When was the debt incurred?   **08/7/2024**
**53 State St**
**20th Floor**
**Boston, MA 02109**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims

■ No                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                          ■ Other. Specify   **Sequin, Inc. Loan, personal guarantee.**

---

Debtor 1   **Robert DeFranco**

Debtor 2   **Kristen DeFranco**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**4.20**

**Forward Financing, LLC**

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**53 State St**
**20th Floor**
**Boston, MA 02109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$100,745.80**

**When was the debt incurred?**   2/3/2025

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

**4.21**

**Goode Bookkeeping & Consulting, Inc.**

Nonpriority Creditor's Name

**Attn: Shannon Goode**
**2377 Main Street**
**Suite G**
**Glastonbury, CT 06033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$1,090.90**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.2 2 | **Halloran & Sage, LLP** | **Last 4 digits of account number** _____ | **$25,891.50** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Lindsay Morris, Esq.**
**One Goodwin Square, 225 Asylum**
**Street**
**Hartford, CT 06103-4303**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.2 3 | **Harold Buddy Vucovich** | **Last 4 digits of account number** _____ | **$68,723.29** |
|---|---|---|---|

Nonpriority Creditor's Name
**4347 Sunset Beach Blvd**
**Niceville, FL 32578**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.2 4 | **John Barton** | **Last 4 digits of account number** _____ | **$41,736.99** |
|---|---|---|---|

Nonpriority Creditor's Name
**480 Hulls Highway**
**Southport, CT 06890**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**                                    Case number (if known) _____

---

| 4.2 5 | **Ken Zimmerman** | Last 4 digits of account number _____ | $287,365.48 |

Nonpriority Creditor's Name
**7 Tierney Lane**
**Westport, CT 06880**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business**

---

| 4.2 6 | **Kevin Horgan** | Last 4 digits of account number _____ | $33,663.01 |

Nonpriority Creditor's Name
**4903 Weke Road**
**Hanalei, HI 96714**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business**

---

| 4.2 7 | **Lendkey** | Last 4 digits of account number  2175 | $24,079.00 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 824575**
**Philadelphia, PA 19182-4575**
Number Street City State Zip Code

When was the debt incurred?    **09/15/2024**

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.2 8 | **Mahoney Sabol & Company, LLC** | Last 4 digits of account number _____ | **$4,000.00** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**180 Glastonbury Blvd**
**Suite 400**
**Glastonbury, CT 06033**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.2 9 | **Metastage, Inc.** | Last 4 digits of account number _____ | **$143,331.51** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**784 Evening Street**
**Worthington, OH 43085**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.3 0 | **Michael Dean Charbonnet Jr.** | Last 4 digits of account number _____ | **$34,369.86** |

Nonpriority Creditor's Name
**1700 Valmont Street**
**New Orleans, LA 70115**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known)

| 4.3 1 | | | |
|---|---|---|---|

**Moehla**
Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**633 Spirit Drive**
**Chesterfield, MO 63005-1243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3656**                    $29,924.00

When was the debt incurred?    **09/2/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 2 | | | |
|---|---|---|---|

**ODK Capital LLC**
Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**4700 W. Daybreak**
**Pkwy Suite 200**
**South Jordan, UT 84009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

Last 4 digits of account number    **9752**                    $116,751.00

When was the debt incurred?    **05/23/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Loan taken by Sequin, Inc., Rob DeFranco personal guarantee, loan has been written off.**
■ Other. Specify

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**

Case number (if known) _____

---

| 4.3 3 | | | |
|---|---|---|---|

**OnDeck Capital, Inc.**
Nonpriority Creditor's Name

**Last 4 digits of account number** _____    **$116,000.00**

**Attn: Pres., GP., or Mng. Mbr.**
**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.3 4 | | | |
|---|---|---|---|

**Raghavender Rao Rayannagari**
Nonpriority Creditor's Name

**Last 4 digits of account number** _____    **$67,556.16**

**1239 Derry Lane**
**West Chester, PA 19380**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.3 5 | | | |
|---|---|---|---|

**Sallie Mae**
Nonpriority Creditor's Name

**Last 4 digits of account number** 7653    **$94,429.82**

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 3319**
**Willmington, DE 19804-4319**

**When was the debt incurred?** 09/14/2022

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loan**

---

Debtor 1  **Robert DeFranco**

Debtor 2  **Kristen DeFranco**

Case number (if known)

---

| 4.3 6 | **Sallie Mae** | | Last 4 digits of account number | **6792** | $60,631.61 |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 3319**
**Willmington, DE 19804-4319**

Number Street City State Zip Code

When was the debt incurred?    **08/9/2023**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ■ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☐ Other. Specify _____

**Student Loan**

---

| 4.3 7 | **Sallie Mae** | | Last 4 digits of account number | **2234** | $54,865.86 |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 3319**
**Willmington, DE 19804-4319**

Number Street City State Zip Code

When was the debt incurred?    **08/14/2024**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ■ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☐ Other. Specify _____

**Student Loan**

---

| 4.3 8 | **Sallie Mae** | | Last 4 digits of account number | **2293** | $62,950.46 |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 3319**
**Willmington, DE 19804-4319**

Number Street City State Zip Code

When was the debt incurred?    **08/21/2023**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ■ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☐ Other. Specify _____

**Student Loan**

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.3 9 | **Sallie Mae** | Last 4 digits of account number | **5271** | $43,306.00 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 3319**
**Willmington, DE 19804-4319**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **08/15/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loan**

---

| 4.4 0 | **Santander Bank** | Last 4 digits of account number | **9624** | $111,101.00 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 847050**
**Boston, MA 02284-7050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **09/11/2023**

**As of the date you file, the claim is:** Check all that apply

�, Contingent
☐ Unliquidated
�, Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business--Sequin, Inc. line of credit, personal guarantee by Robert DeFranco**

---

| 4.4 1 | **Sequin, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**80 Sequin Drive**
**Glastonbury, CT 06033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.4 2 | **Service Finance Company LLC** | **Last 4 digits of account number** | **5420** | **$10,480.00** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**555 S. Federal Highway**
**Suite 200**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**When was the debt incurred?**    **08/6/2024**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan for roofing of house.**

---

| 4.4 3 | **Shinwa Wise** | **Last 4 digits of account number** | **175S** | **$288,443.84** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**2nd Floor, Yusen Building**
**2-3-2 Marunouchi**
**Chiyoda-ku, Tokyo, JP 10000-0500**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**
                                                                Case number (if known) _____

---

| 4.4 4 | **Small Business Administration** | Last 4 digits of account number | **8200** | **$533,716.00** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**409 3rd St SW**
**Washington, DC 20416**
Number Street City State Zip Code

When was the debt incurred?  **07/22/2021**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business--Sequin, Inc. loan, personal guarantee by Robert DeFranco**

---

| 4.4 5 | **Sofi** | Last 4 digits of account number | **5997** | **$25,732.04** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 654158**
**Dallas, TX 75265-4158**
Number Street City State Zip Code

When was the debt incurred?  **07/19/2023**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.4 6 | **Sofi** | Last 4 digits of account number | **6097** | **$5,804.00** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 981075**
**Boston, MA 02298-1075**
Number Street City State Zip Code

When was the debt incurred?  **Date Opened: 07/10/2017 Last Used: 02/17/2025**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.4 7 | **State of New York** | Last 4 digits of account number _____ | **$4,500.00** |

Nonpriority Creditor's Name

**Attn: State of NY Workers Compensation**
**PO Box 5200**
**Binghamton, NY 13902**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.4 8 | **Tetralys Sea Class, LLC** | Last 4 digits of account number _____ | **$143,463.01** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**7 Tierney Lane**
**Westport, CT 06880**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.4 9 | **The Hartford** | Last 4 digits of account number _____ | **$1,242.13** |

Nonpriority Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 958461**
**Lake Mary, FL 32795**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

Debtor 1   **Robert DeFranco**
Debtor 2   **Kristen DeFranco**

Case number (*if known*) _____

---

| 4.5 0 | |
|---|---|

**Todd Boullion**
Nonpriority Creditor's Name
**7640 Willow Grove Blvd**
**Baton Rouge, LA 70810**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____   **$68,912.33**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business** _____

---

| 4.5 1 | |
|---|---|

**Tom Rodgers**
Nonpriority Creditor's Name
**894 Coldwater Creek Circle**
**Niceville, FL 32578**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____   **$54,991.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business** _____

---

| 4.5 2 | |
|---|---|

**Town of Glastonbury**
Nonpriority Creditor's Name
**Attn: Town Clerk**
**2155 Main Street**
**Glastonbury, CT 06033**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____   **$16,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business** _____

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**

Case number (if known) _____

---

| 4.5 3 | **Upgrade** | Last 4 digits of account number | **6925** | $23,077.77 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**LBX 452210**
**PO Box 52210**
**Phoenix, AZ 85072-2210**
Number Street City State Zip Code

**When was the debt incurred?** 04/13/2023

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.5 4 | **Vijay Rathna** | Last 4 digits of account number | | $149,955.07 |

Nonpriority Creditor's Name
**1204 Hope St, Apt 3**
**Stamford, CT 06907**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
■ Disputed

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify **Business**

---

| 4.5 5 | **Weinstein & Wisser P.C.** | Last 4 digits of account number | | $149,543.96 |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**29 South Main Street**
**Suite 207**
**West Hartford, CT 06107**
Number Street City State Zip Code

**When was the debt incurred?** 04/10/2017

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify **Legal Fees**

---

Debtor 1  **Robert DeFranco**
Debtor 2  **Kristen DeFranco**
_____        Case number (if known)  _____

| 4.5 6 | **Western Equipment Finance** | **Last 4 digits of account number** | **4600** | **$42,000.00** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**503 Highway 2 West**
**Devils Lake, ND 58301**
Number Street City State Zip Code

**When was the debt incurred?**  **10/5/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Sequin, Inc. loan for equipment, defaulted on loan. Robert DeFranco personal guarantee**

---

| 4.5 7 | **Wildermuth Fund** | **Last 4 digits of account number** | | **$3,896,813.26** |

Nonpriority Creditor's Name
**Attn: Pres., GP., or Mng. Mbr.**
**430 W 7th Street**
**Suite 21900**
**Kansas City, MO 64105-1407**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Halloran & Sage, LLP**
**Attn: Lindsay Morris, Esq.**
**One Goodwin Square, 225 Asylum Street**
**Hartford, CT 06103-4303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Halloran & Sage, LLP**
**Attn: Lindsay Morris, Esq.**
**One Goodwin Square, 225 Asylum Street**
**Hartford, CT 06103-4303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1 **Robert DeFranco**
Debtor 2 **Kristen DeFranco**

Case number (if known) _____

Name and Address
**Rossi Law Offices**
**Attn: Pres., GP., or Mng. Mbr.**
**28 Thurber Blvd**
**Suite 1**
**Smithfield, RI 02917**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 40,817.83 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ | 40,817.83 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 340,262.75 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 7,863,132.57 |
|  | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 8,203,395.32 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number    Street<br><br>City          State          ZIP Code | |
| 2.2<br>Name<br><br>Number    Street<br><br>City          State          ZIP Code | |
| 2.3<br>Name<br><br>Number    Street<br><br>City          State          ZIP Code | |
| 2.4<br>Name<br><br>Number    Street<br><br>City          State          ZIP Code | |
| 2.5<br>Name<br><br>Number    Street<br><br>City          State          ZIP Code | |

4/9/25 3:03PM

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| **Column 1: Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Amazon Web Services** |
| 3.2   **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.3**__<br>☐ Schedule G _____<br>**Anand Balasubramanian** |
| 3.3   **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**Casco Bay Partners, LLC** |

Debtor 1    **Robert DeFranco**
**Kristen DeFranco**
_____

Case number *(if known)*    _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Connecticut Innovations, Inc.** |
| 3.5 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Cox Communications** |
| 3.6 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Edoverse Foundation** |
| 3.7 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Equity Trust Company Custodian** |
| 3.8 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Eversource** |
| 3.9 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Expensify** |
| 3.10 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**Experian** |

Debtor 1    **Robert DeFranco**
**Kristen DeFranco**                                      Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**Forward Financing, LLC** |
| 3.12  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Goode Bookkeeping & Consulting, Inc.** |
| 3.13  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Halloran & Sage, LLP** |
| 3.14  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**Harold Buddy Vucovich** |
| 3.15  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.24**___<br>☐ Schedule G _____<br>**John Barton** |
| 3.16  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.25**___<br>☐ Schedule G _____<br>**Ken Zimmerman** |
| 3.17  **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.26**___<br>☐ Schedule G _____<br>**Kevin Horgan** |

Debtor 1    **Robert DeFranco**
          **Kristen DeFranco**                                Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.18**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.28__ ☐ Schedule G _____ **Mahoney Sabol & Company, LLC** |
| **3.19**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Metastage, Inc.** |
| **3.20**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.30__ ☐ Schedule G _____ **Michael Dean Charbonnet Jr.** |
| **3.21**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.32__ ☐ Schedule G _____ **ODK Capital LLC** |
| **3.22**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.33__ ☐ Schedule G _____ **OnDeck Capital, Inc.** |
| **3.23**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.34__ ☐ Schedule G _____ **Raghavender Rao Rayannagari** |
| **3.24**    **Sequin, Inc.** Attn: Pres., GP., or Mng. Mbr. PO Box 86 Glastonbury, CT 06033 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.40__ ☐ Schedule G _____ **Santander Bank** |

Debtor 1  **Robert DeFranco**
**Kristen DeFranco**                                    Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Shinwa Wise** |
| 3.26 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.27 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Tetralys Sea Class, LLC** |
| 3.28 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**The Hartford** |
| 3.29 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Todd Boullion** |
| 3.30 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Tom Rodgers** |
| 3.31 **Sequin, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 86**<br>**Glastonbury, CT 06033** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Vijay Rathna** |

Debtor 1  **Robert DeFranco**
**Kristen DeFranco**

Case number *(if known)*

| | |
|---|---|
| | Additional Page to List More Codebtors |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.32**  **Sequin, Inc.**
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 86**
**Glastonbury, CT 06033**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.56**
☐ Schedule G _____
**Western Equipment Finance**

**3.33**  **Sequin, Inc.**
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 86**
**Glastonbury, CT 06033**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.57**
☐ Schedule G _____
**Wildermuth Fund**

**3.34**  **Sequin, Inc.**
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 86**
**Glastonbury, CT 06033**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.47**
☐ Schedule G _____
**State of New York**

**3.35**  **Sequin, Inc.**
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 86**
**Glastonbury, CT 06033**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.20**
☐ Schedule G _____
**Forward Financing, LLC**

**3.36**  **Sequin, Inc.**
**Attn: Pres., GP., or Mng. Mbr.**
**PO Box 86**
**Glastonbury, CT 06033**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.52**
☐ Schedule G _____
**Town of Glastonbury**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| Debtor 2 (Spouse, if filing) | **Kristen DeFranco** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status*** | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | **Occupation** | **Business Development** | **Tutor** |
| | **Employer's name** | **Sigmatic, Inc.** | **Glastonbury Public Schools** |
| | **Employer's address** | **4450 Lakeside Drive Burbank, CA 91505** | **PO Box 191 Glastonbury, CT 06033** |
| | **How long employed there?** | **0 Years, 2 Months** | **1 Year** |

**\*See Attachment for Additional Employment Information**

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **7,200.00** | $ **2,146.66** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ **7,200.00** | $ **2,146.66** |

| Debtor 1 | **Robert DeFranco** |
|---|---|
| Debtor 2 | **Kristen DeFranco** |

Case number (*if known*) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **7,200.00** | $ **2,146.66** |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 168.28 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 168.28 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 7,200.00 | $ 1,978.38 |

8. **List all other income regularly received:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 7,200.00 + $ 1,978.38 | = $ 9,178.38 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies
12. $ 9,178.38

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  | **Glastonbury Public Schools Change: Works only during the school year, 9 months a year** |

| Debtor 1 | **Robert DeFranco** |
|---|---|
| Debtor 2 | **Kristen DeFranco** |

Case number (*if known*) _____

# Official Form B 6I
## Attachment for Additional Employment Information

| **Spouse** | | |
|---|---|---|
| Occupation | **Tutor** | |
| Name of Employer | **Self-Employed** | |
| How long employed | **1 Year** | |
| Address of Employer | | |

Fill in this information to identify your case:

Debtor 1    **Robert DeFranco**

Debtor 2    **Kristen DeFranco**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
|---|---|

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

Do not list Debtor 1 and Debtor 2.

☐ Yes.  Fill out this information for each dependent..............

Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ **3,410.00**

**If not included in line 4:**

| 4a. | Real estate taxes | 4a. | $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 74.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $ 0.00

Debtor 1    **Robert DeFranco**
Debtor 2    **Kristen DeFranco**

Case number (if known) _____

6. **Utilities:**
   6a.   Electricity, heat, natural gas                                  6a.   $                     325.00
   6b.   Water, sewer, garbage collection                                6b.   $                        0.00
   6c.   Telephone, cell phone, Internet, satellite, and cable services  6c.   $                     480.00
   6d.   Other. Specify:                                                 6d.   $                        0.00
7. **Food and housekeeping supplies**                                     7.    $                     375.00
8. **Childcare and children's education costs**                           8.    $                      75.00
9. **Clothing, laundry, and dry cleaning**                                9.    $                     125.00
10. **Personal care products and services**                               10.   $                     295.00
11. **Medical and dental expenses**                                       11.   $                        0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                         12.   $                     250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13.   $                     354.00
14. **Charitable contributions and religious donations**                  14.   $                        0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance                                                 15a.  $                     250.00
    15b.   Health insurance                                              15b.  $                        0.00
    15c.   Vehicle insurance                                             15c.  $                     600.00
    15d.   Other insurance. Specify:                                     15d.  $                        0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:   **Estimated Tax Payments**                                 16.   $                   1,000.00
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1                                     17a.  $                     783.00
    17b.   Car payments for Vehicle 2                                     17b.  $                     905.00
    17c.   Other. Specify:    **Motorcycles**                             17c.  $                     300.00
    17d.   Other. Specify:                                               17d.  $                        0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18.   $                        0.00
19. **Other payments you make to support others who do not live with you.**               $                        0.00
    Specify:                                                             19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.   Mortgages on other property                                   20a.  $                        0.00
    20b.   Real estate taxes                                             20b.  $                        0.00
    20c.   Property, homeowner's, or renter's insurance                  20c.  $                        0.00
    20d.   Maintenance, repair, and upkeep expenses                      20d.  $                        0.00
    20e.   Homeowner's association or condominium dues                   20e.  $                        0.00
21. **Other:** Specify:   **Dog Supplies**                               21.   +$                      50.00

22. **Calculate your monthly expenses**
    22a.   Add lines 4 through 21.                                             $                   9,651.00
    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c.   Add line 22a and 22b. The result is your monthly expenses.         $                   9,651.00

23. **Calculate your monthly net income.**
    23a.   Copy line 12 *(your combined monthly income)* from Schedule I.  23a.  $                   9,178.38
    23b.   Copy your monthly expenses from line 22c above.                23b.  -$                   9,651.00

    23c.   Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                       23c.  $                    -472.62

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Robert DeFranco** | X **/s/ Kristen DeFranco** |
|---|---|
| **Robert DeFranco** | **Kristen DeFranco** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **April 9, 2025** | Date **April 9, 2025** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert DeFranco** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Kristen DeFranco** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $19,552.00 | ■ Wages, commissions, bonuses, tips | $6,440.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Robert DeFranco** |
| Debtor 2 | **Kristen DeFranco** |

Case number *(if known)* _____

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | ■ Wages, commissions, bonuses, tips | **$188,888.00** | ■ Wages, commissions, bonuses, tips | **$19,237.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips | **$298,169.00** | ■ Wages, commissions, bonuses, tips | **$16,294.00** |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

     ■ No.   Go to line 7.
     ☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No.   Go to line 7.
     ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ☑ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☑ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SEQUIN, INC. Vs. EDOVERSE FOUNDATION Et Al<br>HHD-CV24-6186175-S** | **Contracts-Collections** | **CT Superior - Hartford** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Forward Financing LLC v. Sequin, Inc., DBA Sequin Ar & Robert DeFranco** | **Contract** | | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | | **Arbitration** | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* |

## Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

## Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Zeisler & Zeisler, PC**<br>**10 Middle Street**<br>**15th Floor**<br>**Bridgeport, CT 06604**<br>**Douglas Drayton** | **Douglas Drayton paid $4,000 toward a chapter 7 bankruptcy retainer plus the filing fee of $338. This amount paid does not include and is in addition to fees and expenses incurred in connection with debt workout, debt negotiation, and case evaluation.** | 4/3/25 | $4,338.00 |
| **Cambridge Credit Counseling Corp.** | | 3/31/25 | $39.98 |

| Debtor 1 | **Robert DeFranco** | |
|---|---|---|
| Debtor 2 | **Kristen DeFranco** | Case number *(if known)* |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **UBI Financial**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**120 Woodford Avenue**<br>**Plainville, CT 06062** | **2017 Chevy Tahoe with 56,000 miles** | | **4/2/25** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **M & T Bank**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 844**<br>**Buffalo, NY 14240-0844** | **XXXX-6653** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/3/25** | **$37.73** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Debtor 1 | **Robert DeFranco** |
|---|---|
| Debtor 2 | **Kristen DeFranco** |

Case number *(if known)* _____

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**  **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

| Debtor 1 | Robert DeFranco | | |
|---|---|---|---|
| Debtor 2 | Kristen DeFranco | Case number (if known) | |

☐ **A partner in a partnership**

■ **An officer, director, or managing executive of a corporation**

■ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Good Morning Wombat, LLC<br>Attn: Pres., GP., or Mng. Mbr.<br>145 New London Tpke<br>Unit 86<br>Glastonbury, CT 06033** | **Never operational.** | EIN:<br><br>**From-To    2/3/2025 - Present** |
| **Sequin, Inc.<br>Attn: Pres., GP., or Mng. Mbr.<br>PO Box 86<br>Glastonbury, CT 06033** | **Stock - Applied to be dissolved.** | EIN:<br><br>**From-To    7/19/2019 - Present** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1    **Robert DeFranco**

Debtor 2    **Kristen DeFranco**

Case number (*if known*)

---

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Robert DeFranco**

**Robert DeFranco**
**Signature of Debtor 1**

Date    **April 9, 2025**

**/s/ Kristen DeFranco**

**Kristen DeFranco**
**Signature of Debtor 2**

Date    **April 9, 2025**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert DeFranco** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kristen DeFranco** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Discover Home Loans**<br><br>Description of property securing debt: **175 Robin Road Glastonbury, CT 06033 First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br>**Maintain regular monthly payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Freedom Road Financial**<br><br>Description of property securing debt: **2023 KTM 250 Lien from Freedom Road Financial with current value of $2,909.24** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Maintain regular monthly payments** | ☐ No<br><br>■ Yes |

Debtor 1    **Robert DeFranco**

Debtor 2    **Kristen DeFranco**                                          Case number (*if known*) _____

---

| Creditor's name: | **Freedom Road Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2021 Husqvarna 125 Lien from Freedom Road Financial with current value of $2,835.81. Price per JD Power is $4,675. However, Debtor recently tried to sell it for $3,500 and did not receive an offer. Debtor therefore believes its value is ap** | **Attempting to sell or may surrender** | |

---

| Creditor's name: | **Select Portfolio Servicing, in.c** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **175 Robin Road Glastonbury, CT 06033 First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o** | **Maintain regular monthly payments** | |

---

| Creditor's name: | **Shellpoint Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **175 Robin Road Glastonbury, CT 06033 First Mortgage to Electronic Registration Systems, as nominee for Countrywide Home Loans, Inc. in the original principal amount of $81,000.00 dated March 28, 2006 with current balance of $59,954.81 as o** | **Maintain regular monthly payments** | |

---

| Creditor's name: | **UBI Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of | **2019 Ford F-150 89000 miles Lien from UBI Financial with current value of $6,370. Vehicle has been in multiple accidents and air bags previously deployed.  It is hard to sell because of prior accident** | | |

---

| Debtor 1 | **Robert DeFranco** |
|---|---|
| Debtor 2 | **Kristen DeFranco** |

Case number *(if known)* _____

| | | |
|---|---|---|
| property<br>securing debt: | **history.  The Debtor contacted a deale** | ■ Retain the property and [explain]:<br>    **Maintain regular monthly payments** |

| | | |
|---|---|---|
| Creditor's<br>name: | **UBI Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of<br>property<br>securing debt: | **2014 Lexus ES 350 80450 miles<br>Lien from UBI Financial with<br>current value of $17,349.00.** | **Maintain regular monthly payments** | |

| | | |
|---|---|---|
| Creditor's<br>name: | **UBI Financial** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2017 Lexus ES 350 110000<br>miles<br>Lien from UBI Financial with<br>current value of $3,007.00.<br>Vehicle has significant body<br>damage and wear, including<br>rust, bumper, brakes and needs<br>approximately $3000 -$4000<br>worth of repairs. Therefore,<br>value of** | **Maintain regular monthly payments** | |

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

| | |
|---|---|
| Debtor 1 **Robert DeFranco** | |
| Debtor 2 **Kristen DeFranco** | Case number *(if known)* _____ |

Description of leased
Property:                                                    ☐ Yes

Lessor's name:                                              ☐ No
Description of leased
Property:                                                    ☐ Yes

---

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Robert DeFranco**                           X **/s/ Kristen DeFranco**
  **Robert DeFranco**                                  **Kristen DeFranco**
  Signature of Debtor 1                               Signature of Debtor 2

Date    **April 9, 2025**                          Date    **April 9, 2025**

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 4

# United States Bankruptcy Court
## District of Connecticut

In re  **Robert DeFranco**
**Kristen DeFranco**

Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **April 9, 2025**            **/s/ Robert DeFranco**
                        **Robert DeFranco**
                        Signature of Debtor

Date:    **April 9, 2025**            **/s/ Kristen DeFranco**
                        **Kristen DeFranco**
                        Signature of Debtor

Internal Revenue Service
Attn: Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Department of Revenue Services
State of Connecticut
Attn: Pres, Gen Mgr, Mng Mbr
450 Columbus Blvd, Ste 1
Hartford, CT 06103


US Department of Justice
Attn: Pam Bondi, AG
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 3
New Haven, CT 06510


Amazon Web Services
Attn: Pres., GP., or Mng. Mbr.
410 Terry Avenue North
Seattle, WA 98109-5210


American Express
Attn: Pres., GP., or Mng. Mbr.
PO Box 1270
Newark, NJ 07101-1270


Anand Balasubramanian
43 Cedar Crest Lane
Suffield, CT 06078


BestBuy
Attn: Pres., GP., or Mng. Mbr.
PO Box 70601
Philadelphia, PA 19176-0601


Capital One
Attn: Pres., GP., or Mng. Mbr.
Po Box 71087
Charlotte, NC 28272-1087

Casco Bay Partners, LLC
Attn: Pres., GP., or Mng. Mbr.
90 Krieger Lane
Glastonbury, CT 06033


Citibank
Attn: Pres., GP., or Mng. Mbr.
Po Box 6500
Sioux Falls, SD 57117


CNG
Attn: Pres., GP., or Mng. Mbr.
PO Box 847820
Boston, MA 02284-7820


Connecticut Innovations, Inc.
Attn: Pres., GP., or Mng. Mbr.
470 James Street
New Haven, CT 06513


Cox Communications
Attn: Pres., GP., or Mng. Mbr.
6205-B Peachtree Dunwoody Road
16th Floor
Atlanta, GA 30328


Discover
Attn: Pres., GP., or Mng. Mbr.
PO Box 70176
Philadelphia, PA 19176-0176


Discover Home Loans
Attn: Pres., GP., or Mng. Mbr.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945


Discover Personal Loans
Attn: Pres., GP., or Mng. Mbr.
PO Box 71244
Charlotte, NC 28272-1244


Edoverse Foundation
Attn: Pres., GP., or Mng. Mbr.
2nd Floor, Yusen Building
2-3-2 Marunouchi
Chiyoda-ku, Tokyo, JP 10000-0500

Equity Trust Company Custodian
FBO Julie A. Gionfriddo
Attn: Julie A. Gionfriddo, Cust.
100 High Street
South Glastonbury, CT 06073


Eversource
Attn: Pres., GP., or Mng. Mbr.
56 Prospect Street
Hartford, CT 06103


Expensify
Attn: Pres., GP., or Mng. Mbr.
401 SW 5th Ave
Portland, OR 97204


Experian
Attn: Pres., GP., or Mng. Mbr.
475 Anton Blvd
Costa Mesa, CA 92626


Forward Financing, LLC
Attn: Pres., GP., or Mng. Mbr.
53 State St
20th Floor
Boston, MA 02109


Freedom Road Financial
Attn: Pres., GP., or Mng. Mbr.
PO Box 4597
Oak Brook, IL 60522-4597


Goode Bookkeeping & Consulting, Inc.
Attn: Shannon Goode
2377 Main Street
Suite G
Glastonbury, CT 06033


Halloran & Sage, LLP
Attn: Lindsay Morris, Esq.
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103-4303


Harold Buddy Vucovich
4347 Sunset Beach Blvd
Niceville, FL 32578

John Barton
480 Hulls Highway
Southport, CT 06890


Ken Zimmerman
7 Tierney Lane
Westport, CT 06880


Kevin Horgan
4903 Weke Road
Hanalei, HI 96714


Lendkey
Attn: Pres., GP., or Mng. Mbr.
PO Box 824575
Philadelphia, PA 19182-4575


Mahoney Sabol & Company, LLC
Attn: Pres., GP., or Mng. Mbr.
180 Glastonbury Blvd
Suite 400
Glastonbury, CT 06033


Metastage, Inc.
Attn: Pres., GP., or Mng. Mbr.
784 Evening Street
Worthington, OH 43085


Michael Dean Charbonnet Jr.
1700 Valmont Street
New Orleans, LA 70115


Moehla
Attn: Pres., GP., or Mng. Mbr.
633 Spirit Drive
Chesterfield, MO 63005-1243


ODK Capital LLC
Attn: Pres., GP., or Mng. Mbr.
4700 W. Daybreak
Pkwy Suite 200
South Jordan, UT 84009

OnDeck Capital, Inc.
Attn: Pres., GP., or Mng. Mbr.
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009


Raghavender Rao Rayannagari
1239 Derry Lane
West Chester, PA 19380


Rossi Law Offices
Attn: Pres., GP., or Mng. Mbr.
28 Thurber Blvd
Suite 1
Smithfield, RI 02917


Sallie Mae
Attn: Pres., GP., or Mng. Mbr.
PO Box 3319
Willmington, DE 19804-4319


Santander Bank
Attn: Pres., GP., or Mng. Mbr.
PO Box 847050
Boston, MA 02284-7050


Select Portfolio Servicing, in.c
Attn: Pres., GP., or Mng. Mbr.
PO Box 65277
Salt Lake City, UT 84165-0277


Sequin, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 86
Glastonbury, CT 06033


Service Finance Company LLC
Attn: Pres., GP., or Mng. Mbr.
555 S. Federal Highway
Suite 200
Boca Raton, FL 33432


Shellpoint Mortgage
Attn: Pres., GP., or Mng. Mbr.
PO Box 619063
Dallas, TX 75261-9063

Shinwa Wise
Attn: Pres., GP., or Mng. Mbr.
2nd Floor, Yusen Building
2-3-2 Marunouchi
Chiyoda-ku, Tokyo, JP 10000-0500


Small Business Administration
Attn: Pres., GP., or Mng. Mbr.
409 3rd St SW
Washington, DC 20416


Sofi
Attn: Pres., GP., or Mng. Mbr.
PO Box 654158
Dallas, TX 75265-4158


Sofi
Attn: Pres., GP., or Mng. Mbr.
PO Box 981075
Boston, MA 02298-1075


State of New York
Attn: State of NY Workers Compensation
PO Box 5200
Binghamton, NY 13902


Tetralys Sea Class, LLC
Attn: Pres., GP., or Mng. Mbr.
7 Tierney Lane
Westport, CT 06880


The Hartford
Attn: Pres., GP., or Mng. Mbr.
PO Box 958461
Lake Mary, FL 32795


Todd Boullion
7640 Willow Grove Blvd
Baton Rouge, LA 70810


Tom Rodgers
894 Coldwater Creek Circle
Niceville, FL 32578

Town of Glastonbury
Attn: Town Clerk
2155 Main Street
Glastonbury, CT 06033


UBI Financial
Attn: Pres., GP., or Mng. Mbr.
120 Woodford Avenue
Plainville, CT 06062


Upgrade
Attn: Pres., GP., or Mng. Mbr.
LBX 452210
PO Box 52210
Phoenix, AZ 85072-2210


Vijay Rathna
1204 Hope St, Apt 3
Stamford, CT 06907


Weinstein & Wisser P.C.
Attn: Pres., GP., or Mng. Mbr.
29 South Main Street
Suite 207
West Hartford, CT 06107


Western Equipment Finance
Attn: Pres., GP., or Mng. Mbr.
503 Highway 2 West
Devils Lake, ND 58301


Wildermuth Fund
Attn: Pres., GP., or Mng. Mbr.
430 W 7th Street
Suite 21900
Kansas City, MO 64105-1407